UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DEON DANIELS, et al.,

    Plaintiffs,

v.                                                                                                  Civ. No. 17-369 GJF/LF

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendants.

### ORDER GRANTING STIPULATED MOTION TO REMAND

THIS MATTER is before the Court on Plaintiffs' "Stipulated Motion to Remand" ("Motion") [ECF No. 5]. Having reviewed the record, noting the concurrence of the parties, and otherwise being fully advised, the Court finds the Motion is well-taken and that it should be **GRANTED**.

IT IS THEREFORE ORDERED that because this Court lacks subject matter jurisdiction, this case be **REMANDED** back to the First Judicial District Court for further proceedings.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*